UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00089 |
| | ) | JUDGE CAMPBELL |
| ANTONIOUS L. PLEASANT | ) | |

## ORDER

The Court is in receipt of a pro se Motion for the Court to Remove Court Appointed Attorney (Docket No. 21).

The Court will hold a hearing on Defendant's pro se Motion on December 12, 2012, at 2:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE