UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00089 |
| | ) | JUDGE CAMPBELL |
| ANTONIOUS L. PLEASANT | ) | |

ORDER

Pending before the Court is a Motion to Enter Plea of Guilty and to Set Hearing (Docket No. 34).

The Court will hold a change of plea hearing on June 11, 2013, at 1:00 p.m. Any proposed plea agreement shall be submitted to the Court by June 6, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE